United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01555-MJC |
| Thomas R. Guiffre | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 02, 2023  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5504857 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2023 18:43:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O RightPath Servicing 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Andrew L Spivack
          on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian Nicholas
          on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian C Nicholas
          on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Chandra Marie Arkema
          on behalf of Creditor Lakeview Loan Servicing  LLC carkema@squirelaw.com, tuhawkeye@msn.com

Daniel M. Eliades

| | |
|---|---|
| Daniel M. Eliades | on behalf of Creditor Subway Real Estate  LLC Daniel.eliades@klgates.com, caitlin.conklin@klgates.com |
| | on behalf of Creditor Doctor's Associates  Inc. Daniel.eliades@klgates.com, caitlin.conklin@klgates.com |
| David W. Skutnik | on behalf of Creditor David Hamm  Sr. dwslaw@ptd.net |
| David W. Skutnik | on behalf of Creditor Dj's Subs  Inc. dwslaw@ptd.net |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George M Cheever | on behalf of Creditor Subway Real Estate  LLC george.cheever@klgates.com, klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com |
| George M Cheever | on behalf of Creditor Doctor's Associates LLC george.cheever@klgates.com klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Lakeview Loan Servicing  LLC pamb@fedphe.com |
| Lyndsay E Rowland | on behalf of Creditor Evolve Bank & Trust lrowland@starfieldsmith.com lyndsayerowland@yahoo.com;arosen@starfieldsmith.com |
| Melissa L. Van Eck | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania  Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov |
| Michael J Clark | on behalf of Creditor Lakeview Loan Servicing  LLC pabk@logs.com |
| Philip W. Stock | on behalf of Debtor 1 Thomas R. Guiffre pwstock@ptd.net |
| Robert J Kidwell, III | on behalf of Creditor Newman  Williams, Mishkin, Corveleyn,Wolfe & Fareri, P.C. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK F.S.B. Et.Al tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 20

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01555-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas R. Guiffre
350 Autumn Lane
E. Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/01/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O RightPath Servicing | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6077<br>MidFirst Bank<br>Bankruptcy Department |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/04/23

Terrence S. Miller
**CLERK OF THE COURT**