In re:  Case No. 19-01555-MJC

Thomas R. Guiffre  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas R. Guiffre, 350 Autumn Lane, E. Stroudsburg, PA 18301-9827 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | + | Dj's Subs, Inc., 6848 Wards Lane, Center Valley, Pa 18034-9797 |
| cr | + | Doctor's Associates, Inc., Attn.: Daniel M. Eliades, One Newark Center, 10th Floor, Newark, NJ 07102 UNITED STATES 07102-5237 |
| cr | + | Newman, Williams, Mishkin, Corveleyn,Wolfe & Farer, 712 Monroe Street, Stroudsburg, PA 18360-2131 |
| cr | + | Subway Real Estate, LLC, Attn.: Daniel M. Eliades, One Newark Center, 10th Floor, Newark, NJ 07102 UNITED STATES 07102-5237 |
| 5190201 | + | Channel Partners Capital LLC, Kraft & Kraft, P.C., 3200 Penrose Ferry Road, Philadelphia PA 19145-5500 |
| 5199980 | + | Coppola Heating, Air & Plumbing, 118 Sitka Drive, Pocono Lake, PA 18347-8222 |
| 5274759 | + | DJ's Subs, Inc., c/o David Hamm, Sr., 6848 Wards Lane, Center Valley, Pa. 18034-9797 |
| 5199981 | + | David Gengler, Esquire, Kohner, Mann & Kailas, S.C., 4650 N. Port Washington Rd., Milwaukee, WI 53212-1991 |
| 5199982 | + | David Hamm, Sr., 6848 Wards Lane, Center Valley, PA 18034-9797 |
| 5199983 | + | David Skutnik, Esquire, 729 Monroe Street, Stroudsburg, PA 18360-2116 |
| 5244878 | + | Doctor's Associates LLC, c/o Daniel M. Eliades, Esq., K&L Gates LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 5240200 | + | Doctor's Associates and Subway REal Estate, c/o Daniel M. Eliades, K&L Gates LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 5199984 | + | Evolve Bank & Trust, 220 Continental Dr. #215, Newark, DE 19713-4312 |
| 5361979 | + | FLAGSTAR BANK F.S.B. Et.Al, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 5361980 | + | FLAGSTAR BANK F.S.B. Et.Al, 5151 CORPORATE DRIVE, TROY, MI 48098, FLAGSTAR BANK F.S.B. Et.Al, 5151 CORPORATE DRIVE TROY, MI 48098-2639 |
| 5199985 | + | Gavin R. Laboski, Esquire, Laboski Law, P.C., 245 West Broad Street, Quakertown, PA 18951-1242 |
| 5367608 | + | Lakeview Loan Servicing, LLC, c/o Chandra M. Arkema, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 5199987 | + | Mariner/Regency Finance Co., 2610 Walbert Ave. 1/L, Allentown, PA 18104-1800 |
| 5229569 | | Newman, Williams, et al., 712 Monroe Street, P.O. Box 511, Stroudsburg, PA 18360-0511 |
| 5199989 | + | Reed Trio Inc., 1050 Susque Road, Trout Run, PA 17771-8777 |
| 5185420 | + | Regency Finance Co., 2610 Walbert Ave. Ste. 1/L, Allentown, PA 18104-1800 |
| 5197073 | + | Reinhart FoodService LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin 53212-1077 |
| 5185421 | + | Reinhart Foodservice, LLC, 6250 N. River Rd. Suite 9000, Rosemont, Il 60018-4241 |
| 5199990 | + | Robin A. Read, Esquire, McNemey, Page, Vanderlin & Hall, 433 Market Street, Williamsport, PA 17701-6358 |
| 5185422 | + | Steven Koplove, Esquire, Kraft & Kraft, P.C., 3200 Penrose Ferry Road, Philadelphia, PA 19145-5500 |
| 5244871 | + | Subway Real Estate LLC, c/o Daniel M. Eliades, Esq., K&L Gates LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 5185754 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5199992 | + | T/L Subs, 1767 Windhill Road, Coopersburg, PA 18036-3414 |
| 5199991 | + | Thomas F. Ford, Esquire, 67 Center Avenue, Mount Pocono, PA 18344-1641 |
| 5199993 | + | Vincent Rubino, Esquire, 712 Monroe Street, Stroudsburg, PA 18360-2131 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | | |
| | | | Jun 27 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 5185407 | + | EDI: CITICORP | Jun 27 2024 22:41:00 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5199979 | + | Email/Text: bcra@bcrawater.com | Jun 27 2024 18:36:00 | Brodhead Creek Reg. Auth., 410 Mill Creek, E. Stroudsburg, PA 18301-1126 |
| 5185411 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 27 2024 18:36:00 | Cenlar FSB, PO Box 77404, Ewing, NJ 08628 |
| 5185408 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 27 2024 18:36:52 | Caine & Weiner Progressive, 5805 Sepulveda Blvd. 4th FL, Sherman Oaks, CA 91411-2532 |
| 5198671 | | EDI: CAPITALONE.COM | Jun 27 2024 22:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5185409 | + | EDI: CAPITALONE.COM | Jun 27 2024 22:41:00 | Capital One Bank USA, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5209611 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 18:51:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5185410 | + | EDI: CAPITALONE.COM | Jun 27 2024 22:41:00 | Capital One, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5185412 | + | Email/Text: Jeff.Lothert@channelpartnersllc.com | Jun 27 2024 18:36:00 | Channel Partners Capital Group, LLC, 11100 Wayzata Blvd., Minnetonka, MN 55305-5537 |
| 5196784 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 18:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5213819 | + | EDI: CITICORP | Jun 27 2024 22:41:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5185415 | + | EDI: WFNNB.COM | Jun 27 2024 22:41:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5464182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 18:36:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5464181 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 18:36:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5185416 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 18:39:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5185417 | | EDI: DISCOVER | Jun 27 2024 22:41:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 5187224 | | EDI: DISCOVER | Jun 27 2024 22:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5199986 | + | EDI: IRS.COM | Jun 27 2024 22:41:00 | Internal Revenue Service, Bankruptcy Division, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5185413 | | EDI: JPMORGANCHASE | Jun 27 2024 22:41:00 | Chase Auto Finance, PO Box 901003, Ft. Worth, TX 76101 |
| 5185414 | | EDI: JPMORGANCHASE | Jun 27 2024 22:41:00 | Chase Card, PO Box 15369, Wilmington, DE 19850 |
| 5185418 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2024 18:36:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5212102 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 18:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5504856 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 18:36:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5213213 | + | Email/Text: BKelectronicnotices@cenlar.com | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 27 2024 18:36:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5504857 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2024 18:36:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O RightPath Servicing 75261-9096 |
| 5185419 | | Email/Text: camanagement@mtb.com | Jun 27 2024 18:37:00 | M&T Bank, PO Box 844, Buffalo, NY 14240 |
| 5197028 | + | Email/Text: camanagement@mtb.com | Jun 27 2024 18:37:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5545041 | + | EDI: AISMIDFIRST | Jun 27 2024 22:41:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5545040 | + | EDI: AISMIDFIRST | Jun 27 2024 22:41:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5199988 | + | EDI: PENNDEPTREV | Jun 27 2024 22:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5199988 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 18:37:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5213693 | | EDI: PRA.COM | Jun 27 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5204996 | | EDI: PENNDEPTREV | Jun 27 2024 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5204996 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5210927 | | EDI: Q3G.COM | Jun 27 2024 22:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5185425 | + | EDI: SYNC | Jun 27 2024 22:41:00 | SYNCB Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 5185423 | + | EDI: SYNC | Jun 27 2024 22:41:00 | SYNCB Score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 5185424 | + | EDI: SYNC | Jun 27 2024 22:41:00 | SYNCB Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5185754 | ^ | MEBN | Jun 27 2024 18:35:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5185426 | + | EDI: WTRRNBANK.COM | Jun 27 2024 22:41:00 | TD Bank USA Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5213817 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 18:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5208871 | | EDI: AIS.COM | Jun 27 2024 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5214006 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 27 2024 18:37:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 5185427 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 27 2024 18:37:00 | Westlake Financial Services, 4751 Wilshire Blvd. Ste. 100, Los Angeles, CA 90010-3847 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | David Hamm, Sr., 6848 Wards Lane, Center Valley, Pa 18034-9797 |
| cr | *+ | Doctor's Associates LLC, Attn.: Daniel M. Eliades, One Newark Center, 10th Floor, Newark, NJ 07102, UNITED STATES 07102-5237 |
| cr | *+ | Evolve Bank & Trust, 999 18th Street, Suite 1415N, Denver, CO 80202-2414 |
| 5274762 | *+ | DJ's Subs, Inc., c/o David Hamm, Sr., 6848 Wards Lane, Center Valley, Pa. 18034-9797 |
| 5212455 | *+ | David Hamm, Sr., 6848 Wards Lane, Center Valley, Pa. 18034-9797 |
| 5213214 | *+ | Reed Trio, Inc., 1050 Susque Road, Trout Run, PA 17771-8777 |
| 5235383 | ##+ | Evolve Bank & Trust, 999 18th Street, Suite 1415N, Denver, CO 80202-2414 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| Daniel M. Eliades | on behalf of Creditor Subway Real Estate LLC Daniel.eliades@klgates.com, caitlin.conklin@klgates.com |
| Daniel M. Eliades | on behalf of Creditor Doctor's Associates Inc. Daniel.eliades@klgates.com, caitlin.conklin@klgates.com |
| David W. Skutnik | on behalf of Creditor David Hamm Sr. dwslaw@ptd.net |
| David W. Skutnik | on behalf of Creditor Dj's Subs Inc. dwslaw@ptd.net |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George M Cheever | on behalf of Creditor Doctor's Associates LLC george.cheever@klgates.com klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com |
| George M Cheever | on behalf of Creditor Subway Real Estate LLC george.cheever@klgates.com, klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Jerome B Blank
    on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com

Lyndsay E Rowland
    on behalf of Creditor Evolve Bank & Trust lrowland@starfieldsmith.com
    lyndsayerowland@yahoo.com;arosen@starfieldsmith.com

Melissa L. Van Eck
    on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue
    mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov

Michael J Clark
    on behalf of Creditor Lakeview Loan Servicing LLC pabk@logs.com

Philip W. Stock
    on behalf of Debtor 1 Thomas R. Guiffre pwstock@ptd.net

Robert J Kidwell, III
    on behalf of Creditor Newman Williams, Mishkin, Corveleyn,Wolfe & Fareri, P.C.
    rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Thomas Song
    on behalf of Creditor FLAGSTAR BANK F.S.B. Et.Al tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 18

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas R. Guiffre<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6750<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–01555–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas R. Guiffre

6/27/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**