Fill in this information to identify the case:

Debtor 1: Thomas R. Guiffre

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number: 19-01555 MJC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** MIDFIRST BANK

**Court claim no. (if known):** 16

**Last 4 digits** of any number you use to identify the debtor's account: 9958

**Property address:**
350 Autumn Lane
East Stroudsburg, PA 18301

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ 4,645.84
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00
c. Total. Add lines a and b. (c) $ 4,645.84

Creditor asserts that the debtor(s) are contractually obligated for 06 / 01 / 2024
the postpetition payment(s) that first became due on:

| Debtor(s) | Thomas R. Guiffre | | | Case Number (if known): 19-01555 MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
PA Middle BK
15 Jul 2024, 13:16:38, EDT

Date    07/15/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas R. Guiffre<br>                       Debtor(s)<br><br>MIDFIRST BANK<br>                       Movant<br>    vs.<br><br>Thomas R. Guiffre<br>                       Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                       Trustee | BK NO. 19-01555 MJC<br><br>Chapter 13<br><br>Related to Claim No. 16 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 16, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Thomas R. Guiffre
350 Autumn Lane
East Stroudsburg, PA 18301

<u>Attorney for Debtor(s) (via ECF)</u>
Philip W. Stock, Esq.
706 Monroe Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>July 16, 2024</u>

                                            */s/ Brent J. Lemon*
                                            Brent J. Lemon
                                            Attorney I.D. 86478
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            (412) 475-8764
                                            blemon@kmllawgroup.com

| LOAN | | | | Prior Servicer History | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| POST-PETITION PAYMENTS DUE PER NoPC'S | | | | ACTUAL FUNDS RECEIVED | | ACTUAL FUNDS APPLIED | | | BALANCES | |
| Payment Due | Amt Due | P&I | Escr | Payment Rcvd | Amt Rcvd | Payment Applied | P&I | Escrow | Escrow Difference | Post Susp |
| | | | | | | | | | | 0.00 |
| 5/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 4/17/2019 | $2,833.57 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 6/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 5/20/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 7/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 6/28/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 8/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 7/17/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 9/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 8/19/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 10/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 9/17/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 11/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 10/17/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 12/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 | 10/17/2019 | $2,816.88 | $2,816.88 | $1,459.52 | $1,357.36 | 0.00 | 16.69 |
| 1/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 12/9/2019 | $2,816.88 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 2/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 1/17/2022 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 3/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 2/14/2020 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 4/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 6/1/2020 | $4,233.36 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 1,422.45 |
| 5/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 6/15/2020 | $4,233.36 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 2,833.57 |
| 6/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 6/15/2020 | | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 7/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 7/13/2020 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 8/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 8/20/2020 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 9/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 9/16/2020 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 10/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 9/21/2020 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 11/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 11/9/2020 | $2,822.24 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 11.33 |
| 12/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 | 1/6/2021 | $3,200.00 | $2,822.24 | $1,459.52 | $1,362.72 | 0.00 | 389.09 |
| 1/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 2/16/2021 | $3,500.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 1,301.54 |
| 2/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 3/11/2021 | $3,762.65 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 2,476.64 |
| 3/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 4/8/2021 | $2,700.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 2,589.09 |
| 4/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 4/12/2021 | | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 1.54 |
| 5/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 6/10/2021 | $3,300.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 713.99 |
| 6/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 7/12/2021 | $3,000.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 1,126.44 |
| 7/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 8/11/2021 | $2,900.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 1,438.89 |
| 8/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 9/23/2021 | $2,550.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 1,401.34 |
| 9/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 11/10/2021 | $2,600.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 1,413.79 |
| 10/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 1/19/2022 | $3,600.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 2,426.24 |
| 11/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 2/16/2022 | $3,200.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 3,038.69 |
| 12/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 | 3/11/2022 | $4,000.00 | $2,587.55 | $1,459.52 | $1,128.03 | 0.00 | 4,451.14 |
| 1/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 4/4/2022 | | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 1,826.17 |
| 2/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 7/12/2022 | $6,700.00 | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 5,901.20 |
| 3/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 7/13/2022 | | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 3,276.23 |
| 4/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 7/13/2022 | | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 651.26 |
| 5/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 8/17/2022 | $4,500.00 | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 2,526.29 |

| Date | Total | P&I | Escrow | Date | Amount | Total | P&I | Escrow | Diff | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 11/18/2022 | $5,800.00 | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 5,701.32 |
| 7/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 11/18/2022 | | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 3,076.35 |
| 8/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 11/18/2022 | | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 451.38 |
| 9/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 12/13/2022 | $5,500.00 | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 3,326.41 |
| 10/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 | 12/13/2022 | | $2,624.97 | $1,459.52 | $1,165.45 | 0.00 | 701.44 |
| | | Agreed Order Included 11/01/22-12/01/22 Payments | | | | | | | 0.00 | 701.44 |
| | | | | | ($701.44) | A/O Credit | | | 0.00 | 0.00 |
| | | | | 1/10/2023 | $1,144.08 | | | | 0.00 | 1,144.08 |
| | | | | 2/10/2023 | $1,442.16 | | | | 0.00 | 2,586.24 |
| | | | | 3/20/2023 | $9,895.22 | | | | 0.00 | 12,481.46 |
| | 01/15/23 Agreed Order Payment | | | 3/20/2023 | ($1,516.16) | | | | 0.00 | 10,965.30 |
| | 02/15/23 Agreed Order Payment | | | 3/20/2023 | ($1,516.16) | | | | 0.00 | 9,449.14 |
| | 03/15/23 Agreed Order Payment | | | 3/20/2023 | ($1,516.18) | | | | 0.00 | 7,932.96 |
| 1/1/2023 | $2,644.32 | $1,459.52 | $1,184.80 | | | $2,644.32 | $1,459.52 | $1,184.80 | 0.00 | 5,288.64 |
| 2/1/2023 | $2,644.32 | $1,459.52 | $1,184.80 | | | $2,703.23 | $1,459.52 | $1,243.71 | (58.91) | 2,644.32 |
| | | | | | | | | | 0.00 | 2,644.32 |
| | | | | | | | | | 0.00 | 2,644.32 |
| | | | | | | | | | 0.00 | 2,644.32 |
| **TOTALS** | | | | | 126,885.12 | **TOTALS** | 64,218.88 | 54,830.89 | (58.91) | 2,644.32 |

| Payment Changes | Total | P&I | Escrow |
|---|---|---|---|
| 5/1/2019 | $2,816.88 | $1,459.52 | $1,357.36 |
| 1/1/2020 | $2,822.24 | $1,459.52 | $1,362.72 |
| 1/1/2021 | $2,587.55 | $1,459.52 | $1,128.03 |
| 1/1/2022 | $2,624.97 | $1,459.52 | $1,165.45 |
| 1/1/2023 | $2,644.32 | $1,459.52 | $1,184.80 |
| | | | |



| Loan Number: |  | BKR Case #: | 19-01555 |
| --- | --- | --- | --- |
| Debtor: | THOMAS R. GUIFFRE | BKR Filing Date: | 04/12/19 |
| Date: | 05/17/24 | Chapter: | 13 |
| Teller: |  | History Type: | Post-Petition |

| Transaction Date | Transaction Amount | Reference Number | Payment Date | Agreed Order Date | Transaction Type | Fee Detail | Transaction Detail | Suspense Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5/9/2023 | Acquired loan from Lakeview Loan Servicing |  |  |  | Suspense | Prior Suspense | 2,644.32 | 2644.32 |
| 6/27/2023 | (2,644.32) |  |  |  | Suspense |  | (2,644.32) | 0.00 |
| 6/27/2023 | 2,644.32 |  | 3/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 6/27/2023 | 2,644.32 |  | 4/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 7/25/2023 | 2,944.99 |  | 5/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 7/25/2023 | 300.67 |  |  |  | Suspense |  | 300.67 | 300.67 |
| 8/30/2023 | 7,632.29 |  |  |  | Suspense |  | 7,632.29 | 7932.96 |
| 8/30/2023 | (7,932.96) |  |  |  | Suspense |  | (7,932.96) | 0.00 |
| 8/30/2023 | 2,644.32 |  | 6/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 8/30/2023 | 2,644.32 |  | 7/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 8/30/2023 | 2,644.32 |  | 8/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 9/25/2023 | 2,665.00 |  | 9/1/2023 |  | Payment |  | 2,644.32 | 0.00 |
| 9/25/2023 | 20.68 |  |  |  | Suspense |  | 20.68 | 20.68 |
| 11/7/2023 | 3,288.64 |  | 10/1/2023 |  | Payment |  | 2,644.32 | 20.68 |
| 11/7/2023 | 644.32 |  |  |  | Suspense |  | 644.32 | 665.00 |
| 1/3/2024 | 3,925.00 |  |  |  | Suspense |  | 3,925.00 | 4590.00 |
| 1/8/2024 | (3,925.00) |  |  |  | Suspense |  | (3,925.00) | 665.00 |
| 1/8/2024 | 3,925.00 |  | 11/1/2023 |  | Payment |  | 2,644.32 | 665.00 |
| 1/8/2024 | 1,280.68 |  |  |  | Suspense |  | 1,280.68 | 1945.68 |
| 02/12/24 | 3,500.00 |  |  |  | Suspense |  | 3,500.00 | 5445.68 |
| 02/13/24 | (5,360.16) |  |  |  | Suspense |  | (5,360.16) | 85.52 |
| 02/13/24 | 2,644.32 |  | 12/01/23 |  | Payment |  | 2,644.32 | 85.52 |
| 02/13/24 | 2,715.84 |  | 01/01/24 |  | Payment |  | 2,715.84 | 85.52 |
| 03/05/24 | 2,832.00 |  | 02/01/24 |  | Payment |  | 2715.84 | 85.52 |
| 03/05/24 | 116.16 |  |  |  | Suspense |  | 116.16 | 201.68 |
| 04/10/24 | 3,300.00 |  | 03/01/24 |  | Payment |  | 2715.84 | 201.68 |
| 04/10/24 | 584.16 |  |  |  | Suspense |  | 584.16 | 785.84 |



| Transaction Date | Transaction Amount | Reference Number | Payment Date | Agreed Order Date | Transaction Type | Fee Detail | Transaction Detail | Suspense Amount |
|---|---|---|---|---|---|---|---|---|
| 06/25/24 | 2715.84 | | 04/01/24 | | Payment | | 2715.84 | 785.84 |
| 06/25/24 | 2715.84 | | 05/01/24 | | Payment | | 2715.84 | 785.84 |

**Post-Petition Due Date is**     **06/01/24**