United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01555-MJC |
| Thomas R. Guiffre | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 12, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**
+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas R. Guiffre, 350 Autumn Lane, E. Stroudsburg, PA 18301-9827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| Daniel M. Eliades | on behalf of Creditor Doctor's Associates  Inc. Daniel.eliades@klgates.com, caitlin.conklin@klgates.com |
| Daniel M. Eliades | on behalf of Creditor Subway Real Estate  LLC Daniel.eliades@klgates.com, caitlin.conklin@klgates.com |
| David W. Skutnik | on behalf of Creditor David Hamm  Sr. dwslaw@ptd.net |

David W. Skutnik
    on behalf of Creditor Dj's Subs Inc. dwslaw@ptd.net

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

George M Cheever
    on behalf of Creditor Subway Real Estate LLC george.cheever@klgates.com, klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com

George M Cheever
    on behalf of Creditor Doctor's Associates LLC george.cheever@klgates.com klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Jerome B Blank
    on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com

Lyndsay E Rowland
    on behalf of Creditor Evolve Bank & Trust lrowland@starfieldsmith.com lyndsayerowland@yahoo.com;arosen@starfieldsmith.com

Melissa L. Van Eck
    on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov

Michael J Clark
    on behalf of Creditor Lakeview Loan Servicing LLC pabk@logs.com

Philip W. Stock
    on behalf of Debtor 1 Thomas R. Guiffre pwstock@ptd.net

Robert J Kidwell, III
    on behalf of Creditor Newman Williams, Mishkin, Corveleyn,Wolfe & Fareri, P.C. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Thomas Song
    on behalf of Creditor FLAGSTAR BANK F.S.B. Et.Al tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 19

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Thomas R. Guiffre, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−01555−MJC |

Social Security No.:
xxx−xx−6750

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: September 12, 2024

**fnldec** (01/22)