Debtor 1   Thomas R. Guiffre

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   19-01555 MJC

Official Form 410S1

# Notice of Mortgage Payment Change                          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: Lakeview Loan Servicing, LLC**

**Court claim no**. (if known): <u>16</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>5402</u>

**Date of payment change:**
Must be at least 21 days after date of this notice           <u>01/01/2023</u>

**New total payment:**          $<u>2644.32</u>
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $<u>1165.45</u>          New escrow payment:     $ <u>1184.80</u>

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $_____     New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $_____          New mortgage payment: $_____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Brian C. Nicholas (Atty ID: 317240)                    Date    10/18/2022
    Signature
Print: Brian Nicholas
    18 Oct 2022, 18:18:27, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701        Market Street, Suite 5000</u>
          Number        Street
          Philadelphia,                      PA    19106

          City                          State      ZIP Code

Contact phone  (215) 627–1322              Email  <u>bkgroup@kmllawgroup.com</u>