## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas R. Guiffre | | BK NO. 19-01555 MJC |
| | **Debtor(s)** | |
| | | **Chapter 13** |
| Lakeview Loan Servicing, LLC | | **Related to Claim No. 16** |
| | **Movant** | |
| vs. | | |
| Thomas R. Guiffre | | |
| | **Debtor(s)** | |
| Jack N. Zaharopoulos, | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 22, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Thomas R. Guiffre
350 Autumn Lane
East Stroudsburg, PA 18301

<u>Attorney for Debtor(s)</u>
Philip W. Stock, Esq.
706 Monroe Street (VIA ECF)
Stroudsburg, PA 18360

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 22, 2022</u>

<u>**/s/Brian C. Nicholas Esquire**</u>
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com